IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GREG CRAIG, | : | |
| Plaintiff, | : | Case No. 3:07cv00233 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court upon Plaintiff's Motion For Attorney Fees Pursuant To The Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d) (Doc. #12). The Commissioner has not filed a Memorandum in Opposition or otherwise opposed Plaintiff's Motion.

Plaintiff seeks an award of attorney fees under the EAJA in the amount of $3,533.88 for 21 hours of work performed in this case and in this Court. In the absence of opposition by the Commissioner, Plaintiff's Motion and supporting documents establish that he is entitled to an award of attorney fees and costs under the EAJA in the total amount he seeks.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion For Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #12) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to the EAJA in the total amount of $3,533.88; and

3.  The case remains terminated on the docket of this Court.

*[signature]*

Walter Herbert Rice
United States District Judge